# OSBORN LAW P.C.                                    MEMO ENDORSED

Daniel A. Osborn, Esq.                                        dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                        ltrust@osbornlawpc.com

August 11, 2023

**VIA ECF**

Honorable Victoria Reznik
United States District Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:    *Goodwine v. Commissioner of Social Security*
                Civil Action No. 7:23-cv-04085-NSR-VR

Dear Judge Reznik,

      We write on behalf of plaintiff, James Goodwine, and with the consent of the defendant, to request an extension of time to serve plaintiff's motion for judgment on the pleadings. Per the Court's May 18, 2023 Standing Scheduling Order, plaintiff's motion for judgment on the pleadings is due on August 16, 2023. Plaintiff respectfully requests an extension of time up to and including October 26, 2023. This is the parties' first request for an extension.

      Plaintiff's counsel needs the additional time due to having nine Social Security briefs due in the next ten days.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. Plaintiff to file his motion for judgment on the pleadings on or before **October 26, 2023**;

b. Defendant to file its response/cross-motion on or before **January 5, 2024**; and

c. Plaintiff to file his reply (if any) on or before **January 26, 2024**.

43 West 43rd Street, Suite 131    Telephone 212-725-9800    osbornlawpc.com
New York, New York 10036    Facsimile  212-500-5115    info@osbornlawpc.com

Honorable Victoria Reznik
August 11, 2023
Page Two

Thank you for your consideration of this request.

                               Respectfully submitted,

                               s/Daniel A. Osborn
                               Daniel A. Osborn
                               OSBORN LAW, P.C.
                               43 West 43rd Street, Suite 131
                               New York, New York 10036
                               Telephone:    212-725-9800
                               Facsimile:     212-500-5115
                               dosborn@osbornlawpc.com

cc: Victoria Treanor, Esq. (by ECF)

The proposed briefing schedule is approved.

APPLICATION GRANTED

Dated: August 15, 2023    Hon. Victoria Reznik, U.S.M.J.