**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JAMES GOODWINE,

                           Plaintiff,                                     23 **CIVIL** 4085 (NSR)

           -v-                                                        **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated November 16, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, the opportunity for a new hearing, and issuance of a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993). Pltf.'s motion for judgment on the pleadings is DENIED as moot.

**Dated:**  New York, New York

       November 16, 2023

                                              **RUBY J. KRAJICK**
                                             **Clerk of Court**

                            **BY:**

                                   _____
                                          **Deputy Clerk**